Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
　　　1990 N. California Blvd. 8th Floor
　　　Walnut Creek, CA 94596
　　　Tel: (925) 222-7071
　　　Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
ELIATH XIOMAR MEDINA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ELIATH XIOMAR MEDINA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 5:25-cv-02106-JC<br><br>ORDER GRANTING THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $9,500.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  January 22, 2026 　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　HONORABLE JACQUELINE CHOOLJIAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE